IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID G. KADEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 3:17-cv-00053-KC |
| | § | |
| SCHLEESE SADDLERY SERVICE LTD., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S PRO SE MOTION TO EXTEND TIME
TO FILE REPLY CLAIM CONSTRUCTION BRIEF**

Plaintiff DAVID G. KADEN, filing Pro Se, hereby requests additional time to file his Reply Claim Construction Brief, and respectfully states as follows:

1. The Court granted Plaintiff until January 22, 2018 to file his Reply Claim Construction Brief in a Text Order on January 5, 2018.

2. Plaintiff's counsel of record, the Fowler Law Firm, P.C., has provided ineffective counsel and Plaintiff requires new legal representation. Plaintiff's current counsel has failed to communicate with Plaintiff regarding the status and has failed to timely attend to this matter.

3. Plaintiff has met with T.O. Gilstrap, Jr., of Gilstrap & Associates, P.C., on this date January 22, 2018, at 2:00pm, in regard to acquiring new legal representation. Mr. Gilstrap is scheduled for cervical orthopaedic surgery at the El Paso Specialty Hospital, this week, January 24, 2018, at 8:00am.

4. Plaintiff requires additional time in order to hire new counsel and file the Reply Claim Construction Brief.

5.  Plaintiff respectfully requests that the Court grant Plaintiff thirty (30) additional days to hire new counsel and file his Reply Claim Construction Brief.

Respectfully submitted,

_____
DAVID G. KADEN, Pro Se Plaintiff
8267 Bosque Rd.
Canutillo, TX 79835
915 345 8610
davekaden@gmail.com

## CERTIFICATE OF SERVICE

I, David G. Kaden, do hereby certify that on this January 22, 2018, I faxed this document to the following counsel for the Defendant:

Kevin J. Meek
Baker Botts L.L.P.
98 San Jacinto Blvd., Ste. 1500
Austin, TX 78701
512 322 2500
512 322 2501
kevin.meek@bakerbotts.com

_____
David G. Kaden



RECEIVED
JAN 22 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID G. KADEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. 3:17-cv-00053-KC |
| | § | |
| SCHLEESE SADDLERY SERVICE LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court, having considered Plaintiff Pro Se DAVID G. KADEN's Motion to Extend Time to File Reply Claim Construction Brief, filed on January 22, 2018, finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that the Plaintiff Pro Se **DAVID G. KADEN**'s Motion to Extend Time to File Reply Claim Construction Brief is hereby **GRANTED**. It is further **ORDERED** that the Plaintiff Pro Se **DAVID G. KADEN** shall file his Reply Claim Construction Brief on or before _____.

Signed this ___ day of _____, 2018

_____
THE HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE