IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID G. KADEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-17-CV-00053-KC |
| | § | |
| SCHLEESE SADDLERY SERVICE LTD., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day, the Court considered the parties' Joint Motion to Dismiss with Prejudice, ECF No. 47, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Joint Motion, the Court **ORDERS** that this case is hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

**IT IS FURTHER ORDERED** that all upcoming court dates are hereby **CANCELED**, including the hearing on the outstanding Motion to Withdraw scheduled for Monday, January 29, 2018.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 25th day of January, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE